**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-MJ-243 |
| v. | : | HON. PETER B. SILVAIN, JR. |
| STEPHEN MARLOW, | : | |
| Defendant. | : | |

**ORDER**

Pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, the Government's Motion to Dismiss in the above-captioned case is GRANTED for the reasons outlined in the Motion.

8/9/22
DATE

Peter B. Silvain, Jr.
United States Magistrate Judge